**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00035-CV**
_____

**IN THE INTEREST OF C.L., A.L., A.R., AND C.R.**

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-231,660**

**MEMORANDUM OPINION**

The appellant's court appointed attorney filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal. No costs are taxed against the appellant because the trial court concluded she is indigent.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

1

Submitted on April 3, 2019
Opinion Delivered April 4, 2019

Before McKeithen, C.J., Horton and Johnson, JJ.